

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:            01-13-00227-CR

Style:                 Jeremy Dion Washington

                     **v** The State of Texas

Date motion filed*:     July 16, 2013

Type of motion:       Motion for extension of time to file reporter's record

Party filing motion:    Court reporter

Document to be filed:  Reporter's record

Is appeal accelerated?    No

If motion to extend time:
      Original due date:              April 22, 2013
      Number of previous extensions granted:    1       Current Due date:  May 22, 2013
      Date Requested:            July 29, 2013

Ordered that motion is:

      ☑      Granted

             If document is to be filed, document due:  July 29, 2013

          ☑      The Court will not grant additional motions to extend time absent extraordinary circumstances

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐      Other: _____

_____

_____

_____

_____

Judge's signature:   /s/ Jim Sharp
                 ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: August 1, 2013